# **EXHIBIT "B"**

**Love Culture, Inc.**
**DIP Budget**
**All Figures in USD $ Thousands**

| | Week | 1 | 2 | 3 | | Total |
|---|---|---|---|---|---|---|
| | Week Ending | 7/19 | 7/26 | 7/31 | Admin | Post |
| | Actual / Projected | Projected | Projected | Projected | Projected | Petition |
| | Credit Card Collections | 650,000 | 1,475,573 | 1,475,573 | - | 3,601,146 |
| | Proceeds from GOB Store Liquidations | - | 2,638,324 | - | - | 2,638,324 |
| | **Total Receipts** | **650,000** | **4,113,897** | **1,475,573** | **-** | **6,239,470** |
| | *Operating Disbursements* | | | | | |
| | Trade and other Vendors | 836,000 | 336,000 | 336,000 | 1,008,000 | 2,516,000 |
| | Salaries and Benefits | 205,500 | 587,398 | 5,500 | 430,872 | 1,229,271 |
| | Occupancy | 527,021 | - | - | - | 527,021 |
| | Taxes | 6,086 | 853,291 | 17,514 | 575,660 | 1,452,550 |
| | Insurance | 200,000 | - | - | 100,000 | 300,000 |
| | Utilities | 183,070 | 33,070 | 33,070 | - | 249,210 |
| | Other | 141,414 | 138,081 | 273,292 | 400,000 | 952,787 |
| | **Total Operating Disbursements** | **2,099,091** | **1,947,840** | **665,376** | **2,514,532** | **7,226,839** |
| | *Bankruptcy / Non-Operating Disbursements:* | | | | | |
| | DIP Fees and Expenses | 1,032,222 | - | 924,403 | - | 1,956,624 |
| (1) | Professional Fees | 407,000 | 365,000 | 1,349,500 | - | 2,121,500 |
| | Other | - | - | - | 50,000 | 50,000 |
| | **Total Bankruptcy / Non-Operating Disbursements:** | **1,439,222** | **365,000** | **2,273,903** | **50,000** | **4,128,124** |
| | **Total Disbursements** | **3,538,312** | **2,312,840** | **2,939,279** | **2,564,532** | **11,354,963** |
| | **Free Cash Flow** | **(2,888,312)** | **1,801,057** | **(1,463,706)** | **(2,564,532)** | **(5,115,493)** |
| | **Revolver Balance** | **9,804,179** | **8,297,867** | **9,446,095** | **12,010,627** | |

(1) Professional Fees include a $250k carve-out escow payment in week 3 to cover wind-down expenses

Prepared at the request of Counsel
Preliminary Draft
Subject to Change
Subject to FRE 408