**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

-and-

Gerald C. Bender, Esq.
1251 Avenue of Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Proposed Counsel to the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Love Culture Inc.,[1]<br><br>Debtor-in-Possession. | Chapter 11<br><br>Case No. 14-24508 (NLW) |

**SUPPLEMENT TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING ON A SENIOR SECURED AND SUPERPRIORITY BASIS, (II) AUTHORIZING THE USE OF CASH COLLATERAL, (III) GRANTING ADEQUATE PROTECTION, (IV) SCHEDULING FINAL HEARING THEREON AND (V) <u>GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE**, that on July 16, 2014, the Debtor filed its *Motion For Entry of Interim And Final Orders (I) Authorizing The Debtor To Obtain Post-Petition Financing on a Senior Secured and Superpriority Basis, (II) Authorizing the Use of Cash Collateral, (III)*

---

[1] The last four digits of the Debtor's federal tax identification number are 8782.

*Granting Adequate Protection, (IV) Scheduling Final Hearing Thereon and (V) Granting Related Relief* [Docket No. 10] (the "**Motion**").

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A**, is a revised Budget (the "**Budget**") filed as *Exhibit B* with the Motion.

| | |
|---|---|
| Dated: July 17, 2014 | Respectfully submitted, |
| | **LOWENSTEIN SANDLER LLP** |
| | /s/ *Kenneth A. Rosen* |
| | Kenneth A. Rosen, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400 |
| | -and- |
| | Gerald C. Bender, Esq.<br>1251 Avenue of Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402 |
| | *Proposed Counsel to the Debtor and Debtor-in-Possession* |

## **EXHIBIT A**

**Love Culture, Inc.**
**DIP Budget**
**All Figures in USD $ Actuals**

|  | Stub 1 | 2 | 3 |  | Total |
|---|---|---|---|---|---|
| Week |  |  |  |  | Post |
| Week Ending | 7/19 | 7/26 | 7/31 | 8/1- | Petition |
| Actual / Projected | Projected | Projected | Projected | Forward |  |
| Credit Card Collections | 650,000 | 2,260,087 | 2,260,087 | - | 5,170,173 |
| Proceeds from GOB Store Liquidations | - | - | - | 1,815,355 | 1,815,355 |
| **Total Receipts** | **650,000** | **2,260,087** | **2,260,087** | **1,815,355** | **6,985,528** |
| *Operating Disbursements* |  |  |  |  |  |
| Trade and other Vendors | 836,000 | 336,000 | 336,000 | 1,008,000 | 2,516,000 |
| Salaries and Benefits | 154,000 | 824,398 | 4,000 | 757,000 | 1,739,398 |
| Occupancy | - | - | - | 1,526,820 | 1,526,820 |
| Taxes | 6,086 | 426,598 | 240,420 | 575,660 | 1,248,764 |
| Insurance | 200,000 | - | - | 50,000 | 250,000 |
| Utilities | 147,500 | 55,000 | 55,000 | - | 257,500 |
| Other | 95,443 | 182,745 | 340,457 | 350,000 | 968,645 |
| **Total Operating Disbursements** | **1,439,029** | **1,824,742** | **975,877** | **4,267,480** | **8,507,127** |
| *Bankruptcy / Non-Operating Disbursements:* |  |  |  |  |  |
| DIP Fees and Expenses | 638,151 | - | 936,332 | - | 1,574,482 |
| (1) Professional Fees | 407,000 | 365,000 | 1,349,500 | - | 2,121,500 |
| Other | - | - | - | 50,000 | 50,000 |
| **Total Bankruptcy / Non-Operating Disbursements:** | **1,045,151** | **365,000** | **2,285,832** | **50,000** | **3,745,982** |
| **Total Disbursements** | **2,484,179** | **2,189,742** | **3,261,708** | **4,317,480** | **12,253,109** |
| **Free Cash Flow** | **(1,834,179)** | **70,345** | **(1,001,622)** | **(2,502,125)** | **(5,267,581)** |
| **Revolver Balance** | **8,647,979** | **8,659,540** | **9,356,050** | **11,858,175** |  |
| Borrowing Base | 9,975,246 | 9,845,869 | 9,561,524 |  |  |
| **Net Availability** | **1,327,266** | **1,186,329** | **205,475** |  |  |

(1) Professional Fees include a $300k carve-out escow payment in week 3 to cover wind-down expenses

Prepared at the request of Counsel
Preliminary Draft
Subject to Change
Subject to FRE 408