UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Fran B. Steele, Esq. (FS 6336)
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | : |
|  | :     Chapter 11 |
| Love Culture, Inc. | : |
|  | :     Case No.    14-24508 (NLW) |
| Debtor. | : |
|  | :     The Honorable Novalyn L. Winfield |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

  Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

| **GGP Limited Partnership** | **Simon Property Group, Inc. and Washington Prime Group, Inc.** | **The Macerich Company** |
|---|---|---|
| 110 North Wacker Drive | 225 W. Washington Street | 3710 Route 9, Suite 1000 |
| Chicago, IL 60606 | Indianapolis, IN 46204 | Freehold, NJ 07728 |
| Attn: Julie Minnick Bowden | Attn: Ronald M. Tucker | Attn: Frank Lucia |
| Tel: 312-960-2707 | Tel: 317-263-2346 | Tel: 732-577-1300, Ext. 116 |
| Fax: 312-442-6374 | Fax: 317-263-7901 | Fax: 732-577-6809 |
| *Co-Chairperson* | *Co-Chairperson* |  |

Page 2
Love Culture, Inc.
Appointment Of Official Committee Of Unsecured Creditors

**Lux Design & Construction Limited**
Unit 3-4, 12/F Block A
Hi-Tech Industrial Centre
5-21 Pak Tin Par Street
Tsuen Wan, Hong Kong
Attn: Law Yi Lak
Tel: 852-3107 0006
Fax: 852-2481 2066

*c/o* Steven D. Sass, Esq.
RMS
307 International Circle
Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4040
Fax: 410-630-7233

**Touch Me Fashion Inc.**
*dba* **Teenbell**
110 S. San Pedro Street, N-02
Los Angeles, CA 90015
Attn: Chong H. Chung
Tel: 323-234-9200
Fax: 323-234-9202

Counsel for Committee:

Richard S. Kanowitz, Esq.
Jay R. Indyke, Esq.
Cathy R. Hershcopf, Esq.
Cooley, LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: 212-479-6000
Fax: 212-479-6275

ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
REGION 3

By: */s/ Martha R. Hildebrandt*
      Martha R. Hildebrandt
      Assistant United States Trustee
      Fran B. Steele
      Trial Attorney

Date: July 23, 2014