UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Richard S. Kanowitz
Jay R. Indyke (*pro hac vice* application will be filed)
Michael A. Klein (*pro hac vice* will be filed)

Proposed Counsel for the Official
Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Love Culture Inc. | Case No.: 14-24508 (NLW) |
| Debtor. | |

-------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Cooley LLP files this notice of appearance and request for service of papers as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") of Love Culture Inc. (the "Debtor").

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Bankruptcy Rules 2002, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code, the undersigned requests and demands that the Clerk of this Court and all other parties-in-interest in this proceeding provide notice of, and where applicable, service of, without limitation, all motions, applications, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of

reorganization or liquidation, and answering or reply papers, to all of the attorneys listed directly below:

>COOLEY LLP
>1114 Avenue of the Americas
>New York, New York 10036
>Tel:  (212) 479-6000
>Fax:  (212) 479-6275
>Richard S. Kanowitz (rkanowitz@cooley.com)
>Jay R. Indyke (jindyke@cooley.com)
>Michael A. Klein (mklein@cooley.com)

The undersigned further request that the Debtor add this Notice of Appearance to the Master Service List.

**PLEASE TAKE FURTHER NOTICE,** that the Committee intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the Committee's right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) the Committee's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Committee's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies the Committee expressly reserves.

109116557 v1/NAACTIVE

Dated: July 25, 2014  COOLEY LLP
      New York, New York  1114 Avenue of the Americas
                                                New York, New York 10036
                                                (212) 479-6000

                                      By:    /s/ Richard S. Kanowitz
                                                      Richard S. Kanowitz
                                                      Jay R. Indyke (*pro hac vice* application to be filed)
                                                      Michael A. Klein (*pro hac vice* application to be filed)

                                                      Proposed Counsel for the Official
                                                    Committee of Unsecured Creditors