## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

In re: LOVE CULTURE INC. § Case No. 14-24508-VFP
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID WOLFF, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $90,198,494.19 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $6,838.85 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $326,395.95 | |

3) Total gross receipts of $ 333,234.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $333,234.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,180,610.71 | $562,916.10 | $6,838.85 | $6,838.85 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 144,559.13 | 143,759.13 | 143,759.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 452,096.42 | 2,199,685.81 | 713,048.40 | 182,636.82 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,800,080.31 | 871,300.89 | 790,799.86 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,617,779.65 | 7,586,926.72 | 7,512,946.17 | 0.00 |
| **TOTAL DISBURSEMENTS** | $63,050,567.09 | $11,365,388.65 | $9,167,392.41 | $333,234.80 |

    4) This case was originally filed under Chapter 7 on July 16, 2014. The case was pending for 34 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/20/2017    By: /s/DAVID WOLFF
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT OF CONTROVERSY | 1249-000 | 303,709.70 |
| REFUND OF UNEMPLOYMENT TAX | 1229-000 | 23,525.10 |
| REMNANT ASSETS | 1229-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$333,234.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | CLACKAMAS COUNTY | 4800-000 | N/A | 795.64 | 0.00 | 0.00 |
| 14 | MSK Apparel, Inc. | 4210-000 | N/A | 486,434.75 | 0.00 | 0.00 |
| 15 | Wells Fargo Equipment Finance | 4210-000 | 1,950.62 | 6,313.83 | 0.00 | 0.00 |
| 79 | Collin County Tax Assessor/Collector | 4800-000 | N/A | 4,926.43 | 0.00 | 0.00 |
| 95 | Palm Beach County Tax Collector | 4800-000 | N/A | 4,326.13 | 0.00 | 0.00 |
| 97 | Palm Beach County Tax Collector | 4800-000 | N/A | 4,326.13 | 0.00 | 0.00 |
| 129 | Arlington Independent School District | 4220-000 | N/A | 9,509.52 | 0.00 | 0.00 |
| 132 | Los Angeles County | 4800-000 | N/A | 39,444.82 | 0.00 | 0.00 |
| NOTFILED | Salus Capital Partners, LLC | 4210-000 | 6,355,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Salus Capital Partners, LLC | 4210-000 | 7,822,910.09 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| SALUS CAPITAL PARTNERS | 4210-000 | N/A | 6,838.85 | 6,838.85 | 6,838.85 |
| **TOTAL SECURED CLAIMS** |  | $14,180,610.71 | $562,916.10 | $6,838.85 | $6,838.85 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DAVID WOLFF | 2100-000 | N/A | 19,911.74 | 19,911.74 | 19,911.74 |
| Trustee Expenses - DAVID WOLFF | 2200-000 | N/A | 87.76 | 87.76 | 87.76 |
| Other - State of California | 2820-000 | N/A | 800.00 | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 10,800.00 | 10,800.00 | 10,800.00 |
| Other - SHARER PETREE BROTZ & SNYDER | 3410-000 | N/A | 6,994.00 | 6,994.00 | 6,994.00 |
| Other - SHARER PETREE BROTZ & SNYDER | 3420-000 | N/A | 28.40 | 28.40 | 28.40 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3110-000 | N/A | 51,689.00 | 51,689.00 | 51,689.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3110-000 | N/A | 42,228.00 | 42,228.00 | 42,228.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3120-000 | N/A | 217.89 | 217.89 | 217.89 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3120-000 | N/A | 613.79 | 613.79 | 613.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 237.37 | 237.37 | 237.37 |
| Other - ADP, LLC | 2990-000 | N/A | 336.97 | 336.97 | 336.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 304.02 | 304.02 | 304.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 403.89 | 403.89 | 403.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 478.41 | 478.41 | 478.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 444.34 | 444.34 | 444.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 488.22 | 488.22 | 488.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 456.96 | 456.96 | 456.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 438.61 | 438.61 | 438.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 419.16 | 419.16 | 419.16 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 133.11 | 133.11 | 133.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 366.67 | 366.67 | 366.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 366.03 | 366.03 | 366.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 416.00 | 416.00 | 416.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 364.95 | 364.95 | 364.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 364.44 | 364.44 | 364.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 414.19 | 414.19 | 414.19 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 363.36 | 363.36 | 363.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 419.22 | 419.22 | 419.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 383.38 | 383.38 | 383.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 370.07 | 370.07 | 370.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 407.82 | 407.82 | 407.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 381.71 | 381.71 | 381.71 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 120.36 | 120.36 | 120.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 407.51 | 407.51 | 407.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 356.02 | 356.02 | 356.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 393.64 | 393.64 | 393.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 355.01 | 355.01 | 355.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 417.85 | 417.85 | 417.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 379.26 | 379.26 | 379.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$144,559.13** | **$143,759.13** | **$143,759.13** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITY CREEK CENTER ASSOCIATES LLC | 6920-000 | N/A | 17,648.75 | 0.00 | 0.00 |
| Fairfax Company of Virgina, LLC | 6920-000 | N/A | 29,477.43 | 0.00 | 0.00 |
| TJ PALM BEACH ASSOCIATE LP | 6920-000 | N/A | 31,494.20 | 0.00 | 0.00 |
| STONY POINT FASHION PARK ASSOCIATES, LLC | 6920-000 | N/A | 16,688.41 | 0.00 | 0.00 |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | 6820-000 | N/A | 6,956.66 | 0.00 | 0.00 |
| NEW YORK STATE DEPARTMENT OF TAXATION | 6820-000 | N/A | 35,335.25 | 0.00 | 0.00 |
| The Travelers Indemnity Company | 6990-000 | N/A | 603,868.00 | 603,868.00 | 154,671.87 |
| Epiq Bankruptcy Solutions, LLC | 6990-000 | N/A | 59,180.40 | 59,180.40 | 15,158.19 |
| COOLEY LLP | 6700-000 | N/A | 369,021.25 | 0.00 | 0.00 |
| COOLEY LLP | 6700-000 | N/A | 13,478.20 | 0.00 | 0.00 |
| COOLEY LLP | 6710-000 | N/A | 9,252.32 | 0.00 | 0.00 |
| COOLEY LLP | 6710-000 | N/A | 50.68 | 0.00 | 0.00 |
| FTI CONSULTING, INC. | 6700-000 | N/A | 202,014.40 | 0.00 | 0.00 |
| PricewaterhouseCoopers LLP | 6700-000 | N/A | 739,369.02 | 0.00 | 0.00 |
| PricewaterhouseCoopers LLP | 6710-000 | N/A | 14,439.98 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| FTI CONSULTING, INC. | 6710-000 | N/A | 1,410.86 | 0.00 | 0.00 |
| Taubman Landlords | 6920-000 | N/A | 50,000.00 | 50,000.00 | 12,806.76 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$2,199,685.81** | **$713,048.40** | **$182,636.82** |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CLACKAMAS COUNTY | 5800-000 | N/A | 795.64 | 795.64 | 0.00 |
| 8 | Riverside County Tax Collector | 5800-000 | N/A | 8,504.89 | 0.00 | 0.00 |
| 16 | CITY OF NORWOOD. | 5800-000 | N/A | 18,517.00 | 18,517.00 | 0.00 |
| 20P | G. Reve, Inc. | 5200-000 | N/A | 2,145.00 | 2,145.00 | 0.00 |
| 21 | Harris County et al | 5800-000 | N/A | 25,763.16 | 25,763.16 | 0.00 |
| 22 | Cypress Fairbanks ISD | 5800-000 | N/A | 7,130.42 | 7,130.42 | 0.00 |
| 28 | D APPAREL | 5200-000 | 117,994.20 | 54,828.80 | 54,828.80 | 0.00 |
| 32 -2 | United Parcel Service | 5200-000 | N/A | 41,866.61 | 0.00 | 0.00 |
| 32P-3 | United Parcel Service | 5200-000 | N/A | 24,944.49 | 24,944.49 | 0.00 |
| 37P | Internal Revenue Service | 5800-000 | N/A | 135.00 | 0.00 | 0.00 |
| 37P-2 | Internal Revenue Service | 5800-000 | N/A | 41,303.85 | 41,303.85 | 0.00 |
| 39 | Charter Township of Clinton | 5800-000 | 4,645.37 | 2,546.31 | 2,546.31 | 0.00 |
| 50 | Janice Szallai | 5200-000 | N/A | 54.90 | 54.90 | 0.00 |
| 51 | Louisiana Department of Revenue | 5800-000 | N/A | 1,998.25 | 1,998.25 | 0.00 |
| 53 | Natasha Haugen | 5200-000 | N/A | 49.00 | 49.00 | 0.00 |
| 56 | Emily Hui | 5200-000 | N/A | 40.13 | 40.13 | 0.00 |
| 57 | Lynsey Anne Eisenmann | 5200-000 | N/A | 32.65 | 32.65 | 0.00 |
| 74 | State of New Jersey | 5200-000 | N/A | 8,800.00 | 8,800.00 | 0.00 |
| 77 | Collin County Tax Assessor/Collector | 5800-000 | N/A | 4,926.43 | 4,926.43 | 0.00 |
| 80 | National Labor Relations Board, Region 18 | 5800-000 | N/A | 2,874.00 | 0.00 | 0.00 |
| 80 -2 | National Labor Relations Board, Region 18 | 5800-000 | N/A | 2,874.00 | 2,874.00 | 0.00 |
| 85P | PRIORITY LIGHTING | 5200-000 | N/A | 6,218.00 | 6,218.00 | 0.00 |
| 87P | Colorado Department of Revenue | 5800-000 | 20,609.39 | 63,141.00 | 63,141.00 | 0.00 |
| 87S | Colorado Department of Revenue | 5800-000 | N/A | 85,127.00 | 85,127.00 | 0.00 |
| 88 | Ohio Bureau of Workers' Compensation | 5800-000 | N/A | 2,415.44 | 2,415.44 | 0.00 |
| 89 | SACRAMENTO COUNTY TAX COLLECTOR | 5800-000 | N/A | 6,861.34 | 6,861.34 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim # | Claimant | Code | Amount Filed | Amount Allowed | Amount Paid | Balance |
|---|---|---|---:|---:|---:|---:|
| 91P | MISSISSIPPI DEPARTMENT OF REVENUE | 5800-000 | 9,127.40 | 11,291.20 | 0.00 | 0.00 |
| 91P-2 | MISSISSIPPI DEPARTMENT OF REVENUE | 5800-000 | N/A | 20,062.35 | 20,062.35 | 0.00 |
| 93 | ST LOUIS COUNTY COLLECTOR OF REVENUE | 5800-000 | 7,868.07 | 2,511.61 | 2,511.61 | 0.00 |
| 95 -2 | Palm Beach County Tax Collector | 5800-000 | N/A | 4,326.13 | 4,326.13 | 0.00 |
| 96 | County of Fairfax | 5800-000 | 30,048.35 | 34,574.29 | 34,574.29 | 0.00 |
| 98 | City of Woodstock | 5800-000 | N/A | 743.19 | 743.19 | 0.00 |
| 99 | CITY OF DEARBORN | 5800-000 | 27,590.07 | 36,037.73 | 36,037.73 | 0.00 |
| 101 | CITY OF GRANDVILLE | 5800-000 | 15,674.48 | 16,723.76 | 16,723.76 | 0.00 |
| 102 -2 | NEW YORK STATE DEPARTMENT OF TAXATION | 5800-000 | 18,311.34 | 89,883.39 | 89,883.39 | 0.00 |
| 105 | Riverside County Tax Collector | 5800-000 | N/A | 10,417.48 | 0.00 | 0.00 |
| 106 | HARRY E. HAGEN | 5800-000 | 6,286.33 | 7,342.13 | 7,342.13 | 0.00 |
| 107P | MASSACHUSETTS DEPARTMENT OF REVENUE | 5800-000 | 4,247.36 | 22,547.87 | 22,547.87 | 0.00 |
| 108 | MASSACHUSETTS DEPARTMENT OF REVENUE | 5800-000 | N/A | 8,000.00 | 8,000.00 | 0.00 |
| 109 | Office of the Attorney General | 5800-000 | N/A | 8,417.00 | 8,417.00 | 0.00 |
| 114 | Lafayette Parish Sheriff Office | 5800-000 | 4,812.84 | 5,411.85 | 5,411.85 | 0.00 |
| 115 | Lafayette Parish Sheriff Office | 5800-000 | N/A | 5,411.85 | 0.00 | 0.00 |
| 117 | NEW YORK STATE DEPARTMENT OF TAXATION | 5800-000 | N/A | 8,915.14 | 8,915.14 | 0.00 |
| 118 | Lafayette Consolidated Government | 5800-000 | 127.56 | 1,141.95 | 1,141.95 | 0.00 |
| 120 | Douglas County | 5800-000 | N/A | 14,688.35 | 14,688.35 | 0.00 |
| 121 | Douglas County | 5800-000 | N/A | 15,245.00 | 15,245.00 | 0.00 |
| 122 | Aetna, Inc. | 5400-000 | 156,621.69 | 67,159.80 | 67,159.80 | 0.00 |
| 123 | Hillsborough County Tax Collector | 5800-000 | N/A | 8,266.76 | 8,266.76 | 0.00 |
| 127 | SNOHOMISH COUNTY TREASURER | 5800-000 | 828.62 | 2,563.65 | 2,563.65 | 0.00 |
| 128 | State of California Bankruptcy Section | 5800-000 | N/A | 1,706.90 | 1,706.90 | 0.00 |
| 130 | Riverside County Tax Collector | 5800-000 | N/A | 12,841.38 | 12,841.38 | 0.00 |
| 131 | ARLINGTON INDEPENDENT SCHOOL DISTRICT | 5800-000 | N/A | 6,956.66 | 6,956.66 | 0.00 |
| 134 | East Baton Rouge Sheriff | 5800-000 | 36,554.57 | 34,220.16 | 34,220.16 | 0.00 |
| NOTFILED | See Attached Exhibit "E" | 5200-000 | 1,338,732.67 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$1,800,080.31** | **$871,300.89** | **$790,799.86** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southern California Edison Company | 7100-000 | 5,986.23 | 8,576.45 | 0.00 | 0.00 |
| 1 -2 | Southern California Edison Company | 7100-000 | N/A | 17,680.94 | 17,680.94 | 0.00 |
| 2 | Duke Energy Ohio | 7100-000 | 1,845.50 | 81.03 | 81.03 | 0.00 |
| 3 | Embarq Florida, Inc. - South Florida d/b/a Century | 7100-000 | 564.21 | 421.49 | 421.49 | 0.00 |
| 4 | Earthlink Business fdba New Edge | 7100-000 | 203.30 | 137.09 | 137.09 | 0.00 |
| 5 | MISSISSIPPI DEPARTMENT OF REVENUE | 7100-000 | N/A | 75.61 | 75.61 | 0.00 |
| 9 | Colorado Department of Revenue | 7100-000 | N/A | 3,295.00 | 0.00 | 0.00 |
| 10 | Total Quality Logistics | 7100-000 | 24,381.18 | 18,203.09 | 18,203.09 | 0.00 |
| 11 | FISH WINDOW CLEANING (PP) | 7100-000 | 680.00 | 585.00 | 585.00 | 0.00 |
| 12 | Lux Design & Construction LTD | 7100-000 | 1,109,280.00 | 1,182,870.00 | 1,182,870.00 | 0.00 |
| 13 | NEXT MANAGEMENT, LLC | 7100-000 | 1,440.00 | 1,440.00 | 1,440.00 | 0.00 |
| 17 | Boulevard Style Inc. | 7100-000 | 4,672.50 | 4,672.50 | 4,672.50 | 0.00 |
| 18 | WebMetro | 7100-000 | N/A | 31,677.78 | 31,677.78 | 0.00 |
| 19 | AMEREN MISSOURI | 7100-000 | 4,885.77 | 2,021.97 | 2,021.97 | 0.00 |
| 20U | G. Reve, Inc. | 7100-000 | 86,741.80 | 93,955.90 | 93,955.90 | 0.00 |
| 27 | Angel Mai | 7100-000 | N/A | 247.25 | 247.25 | 0.00 |
| 29 | Sacramento Municipal Utility District | 7100-000 | 1,095.40 | 1,848.92 | 1,848.92 | 0.00 |
| 30 | GOLDEN WEST FOOTWEAR | 7100-000 | 43,550.00 | 42,550.00 | 42,550.00 | 0.00 |
| 31 | Kana Cheung | 7100-000 | N/A | 13.95 | 13.95 | 0.00 |
| 32 | United Parcel Service | 7100-000 | 28,207.66 | 28,854.64 | 0.00 | 0.00 |
| 32U-3 | United Parcel Service | 7100-000 | N/A | 28,854.64 | 28,854.64 | 0.00 |
| 33 | Urban Expressions Inc. | 7100-000 | 8,120.00 | 8,120.00 | 8,120.00 | 0.00 |
| 34 | Midway Industries America, Inc. | 7100-000 | 3,150.00 | 3,150.00 | 3,150.00 | 0.00 |
| 35 | Top's Handbag, Inc. dba Empiria Handbag, Inc. | 7100-000 | 94,754.00 | 94,694.50 | 94,694.50 | 0.00 |
| 36 | New York State Department of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 37U | Internal Revenue Service | 7100-000 | N/A | 135.00 | 0.00 | 0.00 |
| 37U-2 | Internal Revenue Service | 7100-000 | N/A | 4,455.95 | 4,455.95 | 0.00 |
| 38 | Nancy J. Solar | 7100-000 | N/A | 30.00 | 30.00 | 0.00 |
| 40 | Qwest Corporation | 7100-000 | N/A | 12.79 | 12.79 | 0.00 |
| 41 | Qwest Corporation | 7100-000 | N/A | 12.79 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | 168th & Dodge, Inc. | 7100-000 | 77,250.00 | 371,383.50 | 371,383.50 | 0.00 |
| 43 | Glimcher Properties Limited Partnership | 7100-000 | N/A | 328,312.45 | 328,312.45 | 0.00 |
| 44 | Lauren Hormachea | 7100-000 | N/A | 54.54 | 54.54 | 0.00 |
| 45 | Yixiu Li | 7100-000 | N/A | 26.23 | 26.23 | 0.00 |
| 46 | Jacqueline Modde | 7100-000 | N/A | 19.90 | 19.90 | 0.00 |
| 47 | Jacqueline Modde | 7100-000 | N/A | 23.95 | 23.95 | 0.00 |
| 48 | Jolie Lien | 7100-000 | N/A | 29.46 | 29.46 | 0.00 |
| 49 | Anne E. Bryant | 7100-000 | N/A | 25.18 | 25.18 | 0.00 |
| 52 | Ilena Pires | 7100-000 | N/A | 30.00 | 30.00 | 0.00 |
| 54 | Archana Tenany | 7100-000 | N/A | 112.30 | 112.30 | 0.00 |
| 55 | Narin O Kharloubian | 7100-000 | N/A | 38.04 | 38.04 | 0.00 |
| 58 | Karila Shannis | 7100-000 | N/A | 32.70 | 32.70 | 0.00 |
| 59 | Eunjung Jang | 7100-000 | N/A | 35.66 | 35.66 | 0.00 |
| 60 | Waste Management c/o Jacquolyn E. Mills | 7100-000 | N/A | 35,761.27 | 35,761.27 | 0.00 |
| 61 | Cheryl Coccia | 7100-000 | N/A | 79.85 | 79.85 | 0.00 |
| 62 | Hoi Ieng Lai | 7100-000 | N/A | 80.66 | 80.66 | 0.00 |
| 63 | AT&T Corp. | 7100-000 | N/A | 32,835.31 | 0.00 | 0.00 |
| 63 -2 | AT&T Corp. | 7100-000 | 31,131.13 | 210,875.58 | 210,875.58 | 0.00 |
| 64 | Gianna Dinuzzo | 7100-000 | N/A | 75.00 | 75.00 | 0.00 |
| 65 | Pamida Masoudi | 7100-000 | N/A | 12.56 | 12.56 | 0.00 |
| 66 | XENOS FASHION, INC. dba "SCOBE" | 7100-000 | 201,639.83 | 161,322.80 | 161,322.80 | 0.00 |
| 67 | Naiasha Ralph | 7100-000 | N/A | 50.00 | 50.00 | 0.00 |
| 68 | Gregory Romero, Jr. | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| 69 | Mari Shikasho | 7100-000 | N/A | 18.52 | 18.52 | 0.00 |
| 70 | Michigan Bell Telephone Company | 7100-000 | N/A | 477.38 | 477.38 | 0.00 |
| 71 | Illinois Bell Telephone Company | 7100-000 | N/A | 160.06 | 160.06 | 0.00 |
| 72 | Southwestern Bell Telephone Company | 7100-000 | N/A | 188.23 | 188.23 | 0.00 |
| 73 | Pacific Bell Telephone Company | 7100-000 | N/A | 2,248.64 | 2,248.64 | 0.00 |
| 75 | Bellsouth Telecommunications, Inc. | 7100-000 | N/A | 1,344.70 | 1,344.70 | 0.00 |
| 76 | CINCINNATI BELL TELEPHONE | 7100-000 | 268.79 | 300.25 | 300.25 | 0.00 |
| 78 | Orbita Corp., a California corporation dba Estam | 7100-000 | 245,228.70 | 245,279.60 | 245,279.60 | 0.00 |
| 81 | Evelina Ayvazyan | 7100-000 | N/A | 30.00 | 30.00 | 0.00 |
| 82 | Brinks, Inc. | 7100-000 | 1,608.02 | 1,590.90 | 1,590.90 | 0.00 |
| 83 | DT LOS ANGELES, INC dba LABANGA | 7100-000 | 8,900.60 | 24,900.00 | 24,900.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 84 | GARDA CL NORTHWEST ,INC | 7100-000 | 63,372.90 | 62,240.14 | 62,240.14 | 0.00 |
| 85U | PRIORITY LIGHTING | 7100-000 | 18,747.56 | 11,550.00 | 11,550.00 | 0.00 |
| 86 | Waikiki Shopping Plaza LLC | 7100-000 | 129,494.52 | 3,334,221.42 | 3,334,221.42 | 0.00 |
| 87U | Colorado Department of Revenue | 7100-000 | N/A | 24,716.00 | 24,716.00 | 0.00 |
| 91U | MISSISSIPPI DEPARTMENT OF REVENUE | 7100-000 | N/A | 271.36 | 0.00 | 0.00 |
| 91U-2 | MISSISSIPPI DEPARTMENT OF REVENUE | 7100-000 | N/A | 271.36 | 271.36 | 0.00 |
| 92 | JAN MINETTE LAQUI KOMENKUL | 7100-000 | N/A | 15.21 | 15.21 | 0.00 |
| 94 | Earthlink Business fdba Deltacom | 7100-000 | N/A | 907.18 | 907.18 | 0.00 |
| 103 | LOOMIS | 7100-000 | 5,960.98 | 1,136.46 | 1,136.46 | 0.00 |
| 104 | YOKI FASHION INTERNATIONAL LLC | 7100-000 | 104,455.80 | 105,212.00 | 105,212.00 | 0.00 |
| 107U | MASSACHUSETTS DEPARTMENT OF REVENUE | 7100-000 | N/A | 400.00 | 400.00 | 0.00 |
| 110 | Lowenstein Sandler LLP | 7100-000 | N/A | 512,779.25 | 512,779.25 | 0.00 |
| 111 | PricewaterhouseCoopers LLP | 7100-000 | N/A | 353,809.00 | 353,809.00 | 0.00 |
| 112 | Point North LLC | 7100-000 | N/A | 105,000.00 | 105,000.00 | 0.00 |
| 119 | Let's Go Apparel, Inc. | 7100-000 | 14,655.00 | 19,798.00 | 19,798.00 | 0.00 |
| 125 | Attorney Recovery Systems, Inc. | 7100-000 | 18,405.50 | 18,600.00 | 18,600.00 | 0.00 |
| 126 | Gou Shamie | 7100-000 | N/A | 25.02 | 25.02 | 0.00 |
| 133 | Los Angeles County | 7100-000 | N/A | 39,444.82 | 39,444.82 | 0.00 |
| NOTFILED | See Attached Exhibit "F" | 7100-000 | 44,277,102.77 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$46,617,779.65** | **$7,586,926.72** | **$7,512,946.17** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-24508-VFP  
**Case Name:** LOVE CULTURE INC.

**Period Ending:** 11/20/17

**Trustee:** (500370)  DAVID WOLFF  
**Filed (f) or Converted (c):** 02/05/15 (c)  
**§341(a) Meeting Date:** 03/20/15  
**Claims Bar Date:** 06/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CASH ON HAND | 80,380.05 | 0.00 | | 0.00 | FA |
| 2  BANK ACCOUNTS - BBCN BANK | 2,760.30 | 0.00 | | 0.00 | FA |
| 3  BANK ACCOUNTS - BBCN BANK | 2,472.63 | 0.00 | | 0.00 | FA |
| 4  BANK ACCOUNTS - BBCN BANK | 2,472.63 | 0.00 | | 0.00 | FA |
| 5  BANK ACCOUNTS - WELLS FARGO N.A. | 117,097.70 | 0.00 | | 0.00 | FA |
| 6  BANK ACCOUNTS - WELLS FARGO N.A. | 0.00 | 0.00 | | 0.00 | FA |
| 7  BANK ACCOUNTS - WELLS FARGO N.A. | 19,948.50 | 0.00 | | 0.00 | FA |
| 8  BANK ACCOUNTS - WELLS FARGO N.A. | 377,473.21 | 0.00 | | 0.00 | FA |
| 9  SECURITY DEPOSITS | 150,792.36 | 0.00 | | 0.00 | FA |
| 10  ACCOUNTS RECEIVABLE | 259,203.92 | 0.00 | | 0.00 | FA |
| 11  RECEIVABLE FROM FORMER CONTRACTOR (BERGMAN) | 313,146.72 | 0.00 | | 0.00 | FA |
| 12  INCOME TAX RECEIVABLES | 230,928.15 | 0.00 | | 0.00 | FA |
| 13  OTHER RECEIVABLE - LOS ANGELES - CORPORATE, CA | 33,797.00 | 0.00 | | 0.00 | FA |
| 14  LICENSE AGREEMENT RECEIVABLES (SAUDI ARABIA) | 53,417.98 | 0.00 | | 0.00 | FA |
| 15  TENANT ALLOWANCES - LOS ANGELES - CORPORATE, CA | 418,259.59 | 0.00 | | 0.00 | FA |
| 16  VIRGINIA RESTITUTION - LOS ANGELES - CORPORATE, CA | 375.00 | 0.00 | | 0.00 | FA |
| 17  PAYMENT CARD INTERCHANGE FEE SETTLEMENT | Unknown | 0.00 | | 0.00 | FA |
| 18  DEEPWATER HORIZON COURT-SUPERVISED SETTLEMENT PROGRAM | Unknown | 0.00 | | 0.00 | FA |
| 19  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 63,256,573.61 | 0.00 | | 0.00 | FA |
| 20  PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-24508-VFP  
**Case Name:** LOVE CULTURE INC.

**Trustee:** (500370) DAVID WOLFF  
**Filed (f) or Converted (c):** 02/05/15 (c)  
**§341(a) Meeting Date:** 03/20/15  

**Period Ending:** 11/20/17  
**Claims Bar Date:** 06/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 21  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 642,349.68 | 0.00 | | 0.00 | FA |
| 22  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 12,711,053.16 | 0.00 | | 0.00 | FA |
| 23  INVENTORY | 11,525,992.00 | 0.00 | | 0.00 | FA |
| 24  SETTLEMENT OF CONTROVERSY (u)<br>   Notice of Settlement of Controversy filed 3/10/2015 (Docket No. 340); re: Resolution of competing claims to remaining estate assets by and between secured creditor Salus Capital Partners, LLC and Chapter 7 Trustee.  Certification of No Objection entered 3/25/2015.<br><br>Notice of Information for Private Sale filed 5/29/2015 (Docket No. 355); re: Claim of debtor as class member and potential beneficiary of future consolidated class action captioned In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Case No. 1:05 md-1720-JG-JO), pending in the United States District Court for the Eastern District of New York, also referred to as the Visa/MC Action.  Certification of No Objection entered 6/15/2015.  Note:  This is part of the above Settlement. | 0.00 | 290,032.00 | | 303,709.70 | FA |
| 25  REFUND OF UNEMPLOYMENT TAX (u)<br>   OVERPAYMENT (TEXAS WORKFORCE COMMISSION) | 0.00 | 23,525.10 | | 23,525.10 | FA |
| 26  REMNANT ASSETS (u)<br>   Motion to Sell Property Free and Clear of Liens under Section 363(f) filed on 6/22/2016.  Property for sale: All property of the Estate remaining, consisting of known or unknown assets or claims which have not been previously sold, assigned, transferred, encumbered or resolved, but specifically excluding (a) cash held as of the date of the Purchase Agreement by the Trustee in bank accounts earmarked for | 6,000.00 | 6,000.00 | | 6,000.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-24508-VFP    **Trustee:** (500370) DAVID WOLFF
**Case Name:** LOVE CULTURE INC.    **Filed (f) or Converted (c):** 02/05/15 (c)
                                    **§341(a) Meeting Date:** 03/20/15
**Period Ending:** 11/20/17    **Claims Bar Date:** 06/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | distribution to creditors and/or payment of professional fees; and (b) the Sale Price (the "Remnant Assets"). Order approving sale entered 8/2/2016.<br><br>Notice of Proposed Private Sale filed 5/22/2016. Certification of No Objection entered 7/20/2016. |  |  |  |  |  |
| 26 | **Assets    Totals** (Excluding unknown values) | **$90,204,494.19** | **$319,557.10** |  | **$333,234.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    July 13, 2017  (Actual)

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-24508-VFP  
**Case Name:** LOVE CULTURE INC.  
**Taxpayer ID #:** **-***8782  
**Period Ending:** 11/20/17  

**Trustee:** DAVID WOLFF (500370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $41,113,693.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/15 | {24} | GREENBERG TRAURIG, LLP | SETTLEMENT FUNDS | 1249-000 | 165,032.00 | | 165,032.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.37 | 164,794.63 |
| 05/13/15 | {25} | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | REFUND OF UNEMPLOYMENT TAX OVERPAYMENT | 1229-000 | 23,525.10 | | 188,319.73 |
| 05/13/15 | {24} | AMERICAN EXPRESS | FUNDS DUE FROM AMERICAN EXPRESS (pursuant to Settlement of Controvery filed 3/10/15) | 1249-000 | 75,577.70 | | 263,897.43 |
| 05/22/15 | 101 | ADP LLC | INVOICE #449879434 (PROCESSING CHARGES) Voided on 05/22/15 | 2990-000 | | 428.83 | 263,468.60 |
| 05/22/15 | 101 | ADP LLC | INVOICE #449879434 (PROCESSING CHARGES) Voided: check issued on 05/22/15 | 2990-000 | | -428.83 | 263,897.43 |
| 05/22/15 | 102 | ADP, LLC | INVOICE #449879434 (PROCESSING CHARGES) | 2990-000 | | 336.97 | 263,560.46 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.02 | 263,256.44 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.89 | 262,852.55 |
| 07/01/15 | {24} | JEFFERIES & COMPANY, INC. | FUNDS PURSUANT TO NOTICE OF PRIVATE SALE FILED 5/29/2015 | 1249-000 | 63,100.00 | | 325,952.55 |
| 07/13/15 | 103 | SALUS CAPITAL PARTNERS | PURSUANT TO NOTICE OF SETTLEMENT FILED 3/10/2015. | 4210-000 | | 6,838.85 | 319,113.70 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 478.41 | 318,635.29 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 444.34 | 318,190.95 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 488.22 | 317,702.73 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 456.96 | 317,245.77 |
| 11/25/15 | 104 | LAW OFFICES OF DAVID WOLFF LLC | 100% OF COURT-AWARDED FEES - Order entered 11/24/2015 | 3110-000 | | 51,689.00 | 265,556.77 |
| 11/25/15 | 105 | LAW OFFICES OF DAVID WOLFF LLC | 100% OF COURT-AWARED EXPENSES - Order entered 11/24/2015 | 3120-000 | | 217.89 | 265,338.88 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 438.61 | 264,900.27 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 419.16 | 264,481.11 |
| 01/07/16 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #14-24508, Bond #016026384-pro-rata payment of bond premium 1/1/16-1/1/17. | 2300-000 | | 133.11 | 264,348.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 366.67 | 263,981.33 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 366.03 | 263,615.30 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 416.00 | 263,199.30 |

Subtotals :     $327,234.80     $64,035.50

{} Asset reference(s)

Printed: 11/20/2017 09:32 AM     V.13.30

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-24508-VFP  
**Case Name:** LOVE CULTURE INC.  

**Taxpayer ID #:** **-***8782  
**Period Ending:** 11/20/17

**Trustee:** DAVID WOLFF (500370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $41,113,693.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.95 | 262,834.35 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.44 | 262,469.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.19 | 262,055.72 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 363.36 | 261,692.36 |
| 08/05/16 | {26} | OAK POINT PARTNERS, INC. | PROCEEDS FROM SALE OF REMNANT ASSETS - Order entered 8/2/2016 | 1229-000 | 6,000.00 | | 267,692.36 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 419.22 | 267,273.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 383.38 | 266,889.76 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 370.07 | 266,519.69 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 407.82 | 266,111.87 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.71 | 265,730.16 |
| 01/03/17 | 107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #14-24508, Bond #016026384-pro-rata payment of bond premium 1/1/17-1/1/18. | 2300-000 | | 120.36 | 265,609.80 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 407.51 | 265,202.29 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 356.02 | 264,846.27 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 393.64 | 264,452.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.01 | 264,097.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.85 | 263,679.77 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.26 | 263,300.51 |
| 09/28/17 | 108 | DAVID WOLFF | Dividend paid 100.00% on $87.76, Trustee Expenses;  Reference: Order entered 9/27/2017 | 2200-000 | | 87.76 | 263,212.75 |
| 09/28/17 | 109 | DAVID WOLFF | Dividend paid 100.00% on $19,911.74, Trustee Compensation;  Reference: Order entered 9/27/2017 | 2100-000 | | 19,911.74 | 243,301.01 |
| 09/28/17 | 110 | United States Trustee | Dividend paid 100.00% on $10,800.00, U.S. Trustee Quarterly Fees;  Reference: Claim #113 | 2950-000 | | 10,800.00 | 232,501.01 |
| 09/28/17 | 111 | SHARER PETREE BROTZ & SNYDER | Dividend paid 100.00% on $6,994.00, Accountant for Trustee Fees (Other Firm);  Reference: Order entered 4/20/2017 | 3410-000 | | 6,994.00 | 225,507.01 |
| 09/28/17 | 112 | SHARER PETREE BROTZ & SNYDER | Dividend paid 100.00% on $28.40, Accountant for Trustee Expenses (Other Firm);  Reference: Order entered 4/20/2017 | 3420-000 | | 28.40 | 225,478.61 |
| 09/28/17 | 113 | LAW OFFICES OF DAVID WOLFF LLC | Dividend paid 100.00% on $42,228.00, Attorney for Trustee Fees (Trustee Firm); | 3110-000 | | 42,228.00 | 183,250.61 |

Subtotals :          $6,000.00          $85,948.69

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-24508-VFP  
**Case Name:** LOVE CULTURE INC.

**Taxpayer ID #:** \*\*-\*\*\*8782  
**Period Ending:** 11/20/17

**Trustee:** DAVID WOLFF (500370)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3966 - Checking Account  
**Blanket Bond:** $41,113,693.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: Order entered 4/26/2017 | | | | |
| 09/28/17 | 114 | LAW OFFICES OF DAVID WOLFF LLC | Dividend paid 100.00% on $613.79, Attorney for Trustee Expenses (Trustee Firm); Reference: Order entered 4/26/2017 | 3120-000 | | 613.79 | 182,636.82 |
| 09/28/17 | 115 | The Travelers Indemnity Company | Dividend paid 25.61% on $603,868.00, Other Prior Chapter Administrative Expenses; Reference: Claim #116 | 6990-000 | | 154,671.87 | 27,964.95 |
| 09/28/17 | 116 | Epiq Bankruptcy Solutions, LLC | Dividend paid 25.61% on $59,180.40, Other Prior Chapter Administrative Expenses; Reference: Claim #124 | 6990-000 | | 15,158.19 | 12,806.76 |
| 09/28/17 | 117 | Taubman Landlords | Dividend paid 25.61% on $50,000.00, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11); Reference: Consent Order entered 1/21/2015 | 6920-000 | | 12,806.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 333,234.80 | 333,234.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 333,234.80 | 333,234.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$333,234.80** | **$333,234.80** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*3966** | 333,234.80 | 333,234.80 | 0.00 |
| | $333,234.80 | $333,234.80 | $0.00 |

{} Asset reference(s)                                                                                  Printed: 11/20/2017 09:32 AM    V.13.30